UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE G. COLEMAN,<br><br>    Defendant. | Case No. 11-cr-40011-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Joe G. Coleman's *Pro Se* Motion for Early Release of Probation (Doc. 108).  The Court having been fully advised in the premises, and the Government and the U.S. Probation Office having no objection, hereby **GRANTS** Defendant Joe G. Coleman's *Pro Se* Motion for Early Release of Probation (Doc. 108).

Defendant Joe G. Coleman's sentence of supervised release shall be terminated as of **April 30, 2015.**  Defendant is **DIRECTED** to contact the U.S. Probation Office prior to **April 30, 2015** and ensure all necessary final documentation required by that office is completed.

The Clerk of the U.S. District Court is hereby **DIRECTED** to mail a copy of this order to the U.S. Probation Office, Southern District of Illinois and to defendant Joe G. Coleman at 14002 Roebuck Road, Cairo, Illinois 62914.

**IT IS SO ORDERED.**

**DATED:** 4/21/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**